UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ashlie Simonetti,

                        Plaintiff,              25-cv-9231 (JGK)

            - against -                         ORDER

Fairstead Management, LLC,

                        Defendant.

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by

March 11, 2026.

SO ORDERED.

Dated:    New York, New York
          February 25, 2026

                                        _____
                                            John G. Koeltl
                                    United States District Judge