UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ASHLIE SIMONETTI,

                Plaintiff(s)

      -against-

FAIRSTEAD MANAGEMENT,

                Defendant(s).
-------------------------------------------------------------X

25 civ 9231 (JGK)

**ORDER**

The conference scheduled for Tuesday, March 10, 2026, at 4:00pm, is canceled.

**SO ORDERED.**

                    **JOHN G. KOELTL**
              **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      March 5, 2026