UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASHLIE SIMONETTI,

                           Plaintiff,

        -v-                                              CIVIL ACTION NO. 25 Civ. 9231 (JGK) (SLC)

FAIRSTEAD MANAGEMENT, LLC,                              **ORDER**

                           Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion at the in-person discovery status conference held today, April 13, 2026, a telephonic conference on the status of discovery is scheduled for **Tuesday, June 9, 2026 at 2:15 p.m. ET** on the Court's conference line.  The parties are directed to call 1-855-244-8681; access code: 2308 226 4654 at the scheduled time.  By **Friday, June 5, 2026**, the parties shall file a joint letter, not to exceed 750 words, identifying any discovery issues ripe for the Court's attention at that time.

Dated:        New York, New York
              April 13, 2026

                                        SO ORDERED.

                                        _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**