UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASHLIE SIMONETTI,

                    Plaintiff,

        -v-                                              CIVIL ACTION NO. 25 Civ. 9231 (JGK) (SLC)

FAIRSTEAD MANAGEMENT, LLC,                              **ORDER**

                    Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Based on a change in the Court's calendar, the telephonic conference on the status of discovery scheduled for Tuesday, June 9, 2026 at 2:15 p.m. ET is ADJOURNED to **Thursday, June 11, 2026 at 3:30 p.m. ET** on the Court's conference line.  The parties are directed to call 1-855-244-8681; access code: 2308 226 4654 at the scheduled time.  The deadline to submit a joint letter, not to exceed 750 words, identifying any discovery issues ripe for the Court's attention at that time shall remain on **Friday, June 5, 2026**.

Dated:        New York, New York
              May 8, 2026

                                        SO ORDERED.

                                        _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**